UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

CHRISTOPHER LEE MULDER

VERSUS

CITY OF PLAQUEMINE LOUISIANA
CITY HALL

CIVIL ACTION

22-789-SDD-RLB

## RULING

The Court has carefully considered the record, the law applicable to this action, and the *Report and Recommendation*[1] of United States Magistrate Richard L. Bourgeois, Jr. dated February 13, 2023, to which no objection has been filed.

The Court hereby approves the *Report and Recommendation* of the Magistrate Judge and adopts it as the Court's opinion herein.

**ACCORDINGLY**,

**IT IS ORDERED** that Plaintiff's claims are DISMISSED, WITHOUT PREJUDICE, for failure of the plaintiff to prosecute this proceeding and for failure to keep the Court apprised of a current address.

Signed in Baton Rouge, Louisiana, on this 8 day of March, 2023.

**CHIEF JUDGE SHELLY D. DICK**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**

---

[1] Rec. Doc. 13.